**Opinion issued June 26, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-14-00090-CV**

———————————

**BRADEN RICHTER, Appellant**

**V.**

**AMIR MIRESKANDARI AND RETAIL MANAGEMENT PARTNERS, INC., Appellees**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-53443**

---

**MEMORANDUM OPINION**

On May 6, 2014, Appellant, Braden Richter, filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). A certificate of conference was included indicating appellees were not opposed. No opinion has issued.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).

We dismiss all other pending motions as moot.


**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.